IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE LISA M. PENNOCK,

    Petitioner.                                      Case No. 10-mc-93-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a Petition for Reinstatement (Doc. 1) regarding the reinstatement of petitioner Lisa M. Pennock to practice law in this District. The Court's Local Rule 83.4(c) states, in pertinent part: "Upon receipt of the petition, the Chief Judge shall promptly refer the petition to counsel and shall assign the matter for prompt hearing before one or more judges of this Court . . . ." In accordance with this local rule, the Court hereby **APPOINTS** attorney Renee Schooley of the Federal Public Defender's Office as counsel to serve in accordance with Local Rule 83.4(c) & (d).

    **IT IS SO ORDERED**.

Signed this 5th day of November, 2010.

                                                                         David R. Herndon
                                                                        2010.11.05 15:34:00
                                                                        -05'00'

                                               **Chief Judge**
                                               **United States District Court**